IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE

Civil Action No. 03-cv-00569-JLK-EEB

In re UNIVERSAL COMMUNICATION NETWORKS, INC.

| Parties | Counsel |
|---|---|
| JEFFERY L. HILL, Chapter 7 Trustee, | John C. Smiley |
| | Patrick Donald Frye |
| Plaintiff, | |
| v. | |
| MICHAEL PAYNE, and | |
| LAURA PAYNE-WRIGHT, | Janet Stansberry Drake |
| | Daniel Jay Garfield |
| Defendants. | |

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

It is stipulated that upon the conclusion of the trial/hearing, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

DATED at Denver, Colorado this 13 day of July, 2005.

BY THE COURT:

_____
John L. Kane, Senior Judge

_____          _____
Counsel for Plaintiff                                            Counsel for Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 1 3 2005
GREGORY C. LANGHAM
CLERK