IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 03-cv-569-JLK-EEB

In re UNIVERSAL COMMUNICATION NETWORKS, INC.,

Debtor.

---

JEFFREY L. HILL, Chapter 7 Trustee,

Plaintiff,

v.

MICHAEL PAYNE and LAURA PAYNE-WRIGHT,

Defendants.

---

### ORDER

Kane, J.

The Plaintiff Trustee's proposed form of judgment is accepted as revised by the court and entered this date. The final judgment omits the Plaintiff Trustee's proposed award of pre-judgment interest because the only authority cited in support of this award, Colo. Rev. Stat. § 13-21-102, does not support such an award, and no other authority supporting an award of pre-judgment interest is apparent from the record.

IT IS SO ORDERED.

Dated this 20 day of July, 2005.

John L. Kane, Senior District Judge
United States District Court